

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00649-CV

**MORRELL MASONRY SUPPLY, INC.,**
Appellant

v.

**WESTPORT GROUP, INC.,**
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-00732
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of trial court is AFFIRMED. Costs of appeal are taxed against Appellant Morrell Masonry Supply, Inc.

SIGNED July 31, 2013.

_____
Karen Angelini, Justice